UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ORTEGA<br><br>     Plaintiff(s),<br><br>v.<br><br>THE NEIL JONES FOOD COMPA<br>JOSE MANZO and Does 1-10,<br><br>     Defendant(s). | Case No: 5:12-cv-05504-LHK<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

 I, Edwin A. Harnden, an active member in good standing of the bar of State of Oregon, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Neil Jones Food Company in the above-entitled action. My local co-counsel in this case is Daniel J. De Vries, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>601 SW 2nd Avenue, Suite 2300<br>Portland, OR 97204-3159 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Post Office Box 996<br>San Juan Bautista, CA 95045 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(503) 228-0500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(831) 623-4100 |
| MY EMAIL ADDRESS OF RECORD:<br>eharnden@barran.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>djdv@devrieslawgroup.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 721129.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/29/13

                        APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

 IT IS HEREBY ORDERED THAT the application of Edwin A. Harnden is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 30, 2013

                   Lucy H. Koh
                   Lucy H. Koh
                   United States District Judge

*PRO HAC VICE* APPLICATION & ORDER