**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

Thomas N. Griffin, Esq., SBN 71049
Carlos E. Rivera, Esq., SBN 204218
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831)722-2444
Facsimile  (831)722-6153
crivera@grunskylaw.com

Attorneys for Defendant JOSE MANZO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ROSA ORTEGA<br><br>                    Plaintiff,<br><br>       v.<br><br>THE NEIL JONES FOOD COMPANY; JOSE MANZO and DOES 1-10, inclusive,<br><br>                    Defendant. | Case Number: CV12-05504 LHK<br><br>**DEFENDANT JOSE MANZA'S REQUEST FOR AUTHORIZATION TO APPEAR TELEPHONICALLY VIA COURT CONFERENCE** |

Defendant Jose Manzo's counsel, Carlos E. Rivera, respectfully submits a request to appear telephonically at the February 13, 2013 Case Management hearing at 2:00 p.m. before The Hon. Lucy H. Koh.

DATED:     January 23, 2013              GRUNSKY, EBEY, FARRAR & HOWELL

                                          By     /s/ Carlos E. Rivera
                                             Carlos E. Rivera, Attorneys for Defendant
                                             JOSE MANZO

- 1 -

JOMA22123\Req-Telephonic
*Ortega v. The Neil Jones Food Co., et al.,*#CV12-05504
**DEFENDANT JOSE MANZO'S REQUEST TO APPEAR TELEPHONICALLY VIA COURT CONFERENCE**