OAO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

| | | |
|---|---|---|
| Rosa Ortega, | | **CONSENT ORDER GRANTING** |
| | Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | | |
| The Neil Jones Food Company; et al. | | **CASE NUMBER:** CV 12-05504 LHK |
| | Defendant (s), | |

Notice is hereby given that, subject to approval by the court, Defendant The Neil Jones Food Company substitutes Christine O. Breen, State Bar No.187256, of Breen Law Firm, as counsel of record in place of Christine O. Breen, State Bar No. 187256, of De Vries Law Group, Inc.

Contact information for new counsel is as follows:

Firm Name: Breen Law Firm

Address: 330 Tres Pinos Road, Suite F8-4, Hollister, CA  95023

Telephone: 831-636-2529    Facsimile: 831-636-2530

E-Mail (Optional): cob@breenlaw.net

I consent to the above substitution.  /s/ William Strom
Date: 10/07/2013  William Strom, The Neil Jones Food Company

I consent to being substituted.  /s/ Christine O. Breen
Date: 9/26/2013  De Vries Law Group, Inc.

I consent to the above substitution.  /s/ Christine O. Breen
Date: 10/07/2013  Breen Law Firm

The substitution of attorney is hereby approved and so ORDERED.

Date: 11-16-2013

Hon. Lucy H. Koh