UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| ROSA ORTEGA,<br><br>        Plaintiff,<br><br>    v.<br><br>THE NEIL JONES FOOD COMPANY, et al.,<br>        Defendants.<br>_____/ | No. C 12-5504 LHK<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      January 8, 2014<br>Mediator:  Carol Woodward |

   IT IS HEREBY ORDERED that the request to excuse defendant The Neil Jones Food Company's representative, William Strom, from appearing in person at the January 8, 2014, mediation before Carol Woodward is GRANTED.  Mr. Strom shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

January 2, 2014                    By: _____
Dated                                   Maria-Elena James
                                        United States Magistrate Judge