CHRISTINE O. BREEN (Bar No. 187256)
(cob@devrieslawgroup.com)
BREEN LAW FIRM
330 Tres Pinos Road, Suite F8-4
Hollister, California 95045
Telephone:   831-636-2529
Facsimile:     831-636-2530

Attorneys for Defendant, THE NEIL JONES FOOD COMPANY

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ROSA ORTEGA<br><br>                    Plaintiff,<br><br>v.<br><br>THE NEIL JONES FOOD COMPANY;<br>JOSE MANZO and DOES 1-10,<br>inclusive,<br>                    Defendants. | **CASE NO.  CV12-05504 LHK**<br><br>**DEFENDANT THE NEIL JONES FOOD COMPANY'S REQUEST FOR AUTHORIZATION TO APPEAR TELEPHONICALLY  VIA COURT CALL AND PROOF OF SERVICE** |

   Defendant Neil Jones Food Company's counsel, Breen Law Firm, by attorney Christine O. Breen, respectfully submits a request to appear <u>telephonically</u> via Court Call at the Case Management hearing scheduled for January 23, 2014, at 1:30 p..m. in Courtroom 1, before the Honorable Lucy H. Koh.

DATED:  January 21, 2014

                                             BREEN LAW FIRM


                                             By /s/Christine O. Breen
                                                 CHRISTINE O. BREEN
                                                 Attorneys for Defendant, THE NEIL
                                                 JONES FOOD COMPANY

BREEN
LAW FIRM

-1-

REQUEST FOR AUTHORIZATION TO APPEAR  TELEPHONICALLY  VIA COURT CONFERENCE AND PROOF OF SERVICE