**United States District Court**<br>For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROSA ORTEGA, | ) | Case No.: 12-CV-05504-LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER RE: PRE-TRIAL FILING DEADLINES |
| THE NEIL JONES FOOD COMPANY; JOSE MANZO; and DOES 1-10, inclusive, | ) ) ) | |
| Defendants. | ) | |

The Court notes that until a Stipulation of Dismissal is filed, all pre-trial filing deadlines, the pre-trial conference date, and the trial date remain as set on the calendar. The pre-trial filing deadlines are set forth in this Court's standing order for jury trials. No party has requested continuance of any deadlines, and no continuances have been granted. Moreover, the parties have not made any pre-trial filings 14 days before the March 13, 2014 pre-trial conference as required by this Court's standing order. Therefore, no untimely motions in limine or deposition designations will be entertained. The parties are ordered to file their Joint Pretrial Statement, which was due on February 27, 2014 by no later than March 4, 2014. The deadline for jury materials and optional trial briefs remain as set in the Court's standing order (March 6, 2014, seven days before the pre-trial conference).

**IT IS SO ORDERED.**

Dated: February 28, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-05504-LHK
ORDER RE: PRE-TRIAL FILING DEADLINES